UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRAMAINE COLLIN KINNEY,
    Plaintiff,

vs.                                            Case No.:  3:24-cv-314/MCR/ZCB

JUDGE JESSICA RECKENSEIDLER,
et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 24, 2024.  (Doc. 10).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint (Doc. 9) is **DISMISSED** as an impermissible shotgun pleading.

3. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**